**CITY OF HAZELWOOD,
Plaintiff/Respondent,**

v.

**Jeff RIXLEBEN, Defendant/Appellant.**

No. ED 84652.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 19, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 22, 2005.

Application for Transfer Denied
Aug. 30, 2005.

Keith K. Cheung, Stephanie E. Karr, Curtis, Heinz, Garrett & O'Keefe, P.C., St. Louis, MO, for respondent.

Jeffrey Rixleben, appellant pro se, Richmond Heights, MO, for appellant.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Defendant appeals *pro se* from the trial court's judgment entered after a bench trial in finding him guilty of improper parking in violation of a City of Hazelwood ordinance and ordering him to pay a fine of $50.00. No jurisdictional purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The judgment is affirmed in accordance with Rule 30.25(b).